**Denied and Opinion Filed October 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01188-CV

## IN RE DERRICK LYNN JOHNSON, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1655027**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Stoddart
Opinion by Justice Francis

Before the Court is relator's October 10, 2016 petition for writ of mandamus asking us to

order the trial court to rule on his motion for article 39.14 discovery and grant a personal

recognizance bond. The petition is not certified as required by rule 52.3(j) and does not include

a supporting record or appendix as required by rules 52.3(k) and 52.7. TEX. R. APP. P. 52.3(j),

52.3(k), 52.7. The absence of a supporting record is fatal to the petition. As the party seeking

relief, relator has the burden of providing the Court with a sufficient record to establish his right

to mandamus relief. *See, e.g., In re Jones*, No. 05-16-00230-CV, 2016 WL 836835 (Tex.

App.—Dallas March 4, 2016, orig. proceeding) (mem. op.). Relator has not done so in this case.

Accordingly, we **DENY** the petition for writ of mandamus.


                /Molly Francis/
                MOLLY FRANCIS
                JUSTICE


161188F.P05